**Nathaniel M. COSTLEY,**
**Plaintiff–Appellant,**

v.

**John BROWN, Sheriff; Mason Waters, Warden; Steven Turvin, Captain; William Tomas, Lieutenant; B.E. Burk, Lieutenant; Lieutenant Poiregoies; Corporal Stansbury; R. Ruby, Corporal, Defendants–Appellees.**

No. 00–6823.

United States Court of Appeals, Fourth Circuit.

Submitted April 10, 2001.

Decided May 8, 2001.

Nathaniel M. Costley, pro se.

Kevin Bock Karpinski, Allen, Johnson, Alexander & Karp, Baltimore, MD, for appellees.

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

PER CURIAM.

Nathaniel M. Costley appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Costley v. Brown*, No. CA–98–1274–DKC (D.Md. Nov. 16, 1998; Aug. 5, 1999; & filed Mar. 3, 2000; entered Mar. 6, 2000). Costley's motion for preparation of a transcript is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*